**Richard Terrence GAAB, Larry K. Elliott, Jean S. Elliott, Kathryn L. Sutherland and Mrs. Leroy Thompson, Sr., Appellants,**

v.

**BOROUGH OF SEWICKLEY, Robert Crown t/d/b/a Crown Communications and Barbara A. Crown, his wife.**

Supreme Court of Pennsylvania.

Argued March 11, 1998.
Decided April 3, 1998.

Blaine A. Lucas, Larry Elliott, Pittsburgh, for Appellants.

Walter DeForest, Pittsburgh, for Borough of Sewickley.

William Sittig, Pittsburgh, for Robert Crown, et al.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE, J., dissents.